IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY LASHORE, #177528, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-cv-0545-MEF |
| ) | WO |
| GWENDOLYN MOSLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #27) to the Recommendation of the Magistrate Judge (Doc. #26) filed on June 14, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on June 2, 2006 is adopted;

3. The defendants' motion for summary judgment (Doc. #12) is GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 28th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE